# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | SONIA VERA | ) Case Number: 19-14325-AIH |
| | | ) Chapter 13 Proceedings |
| | Debtor. | ) Judge Successor to Judge Harris |

### TRUSTEE'S MOTION FOR ORDER RELEASING INCOME OF THE DEBTOR FROM THE JURISDICTION OF THE COURT

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee (the "Trustee") herein, and hereby moves this Honorable Court for an order releasing income of the Debtor from the jurisdiction of the Court. In support of this motion, the Trustee makes the following representations to the Court:

1. Sufficient funds were remitted to the Trustee to pay all claims and costs in this case and to complete the plan; therefore, payments into the Chapter 13 Plan are no longer required.

2. The Debtor and, if applicable, the employer should be directed to discontinue wage deductions and plan payments, and the income of the Debtor should now be released from the jurisdiction of the Court.

WHEREFORE, the Trustee hereby respectfully requests that the Court grant this motion and release the income of the Debtor from the jurisdiction of the Court.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on August 10, 2023, a true and correct copy of this Trustee's Motion for Order Releasing Income of the Debtor was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

KEITH L BORDERS, on behalf of SONIA VERA Debtor(s), at kblaw123@gmail.com


/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com